## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Franklyn Dimun Garrison,

             Petitioner,           Case Number: 21-cv-12769
                                   Honorable Denise Page Hood

v.


Bryan Morrison,

             Respondent.

_____/

## ORDER DENYING MOTION TO APPOINT COUNSEL (ECF No. 31)
## and
## MOOTING APPLICATION TO PROCEED WITHOUT
## PREPAYING FEES OR COSTS (ECF No. 24)

This matter is before the Court on Petitioner Franklyn Dimun Garrison's Motion to Appoint Counsel. (ECF No. 31) On March 31, 2025, the Court entered an Opinion and Order Conditionally Granting the Petition for Writ of Habeas Corpus, along with a Judgment. (ECF Nos. 17, 18) On April 30, 2025, Respondent Bryan Morrison filed a Notice of Appeal. (ECF No. 21)

Once a notice of appeal has been filed, the Court loses jurisdiction over the case. *See Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982); *Workman v. Tate,* 958 F.2d 164, 167 (6th Cir. 1992). The notice of appeal divests the Court of jurisdiction to consider his motion for the appointment of appellate counsel. *Wagner v. Smith,* 06–10514, 2007 WL 3124659, at *2 (E.D. Mich. Oct. 25,

2007) (citing *Glick v. U.S. Civil Comm'n,* 567 F.Supp. 1483, 1490 (N.D. Ill. 1983);

*Brinton v. Gaffney,* 560 F.Supp. 28, 29–30 (E.D. Pa. 1983); *Grizzell v. Tennessee,*

601 F.Supp. 230, 232 (M.D. Tenn. 1984)); <u>*Ashley v. Wilson*</u>, No. 10-10512, 2010

WL 1949630, at *1 (E.D. Mich. May 13, 2010).

Because a Notice of Appeal has been filed, only the Sixth Circuit has the

authority to appoint counsel to represent Petitioner on appeal.  As to Petitioner's

Application to Proceed Without Prepaying Fees on Appeal, it is noted that it was

Respondent who filed a Notice of Appeal and has paid the fee to file such.  Petitioner

is not required to pay any appeal fees in this matter.

Accordingly,

IT IS ORDERED that Petitioner's Motion to Appoint counsel (ECF No. 31)

is DENIED without prejudice.  Petitioner may refile the motion before the Sixth

Circuit Court of Appeals.

IT IS FURHTER ORDERED that Petitioner's Application to Proceed

Without Prepaying Fees or Costs on Appeal (ECF No. 24) is MOOT.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

Dated:  July 2, 2025

2